### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KOCH AND SCHMIDT, L.L.C.,** § | | |
| *Plaintiff,* § | | |
| § | | |
| **v.** § | | **NO. 2:18-CV-07963** |
| § | | |
| **OFFSHORE DOMESTIC GROUP,** § | | **SECTION: "A" (4)** |
| **LLC, and WILLIAM M. KALLOP** § | | |
| *Defendants* § | | |

### SUGGESTION OF DEATH—DEFENDANT WILLIAM M. KALLOP

1. Plaintiff is Koch and Schmidt, L.L.C.; defendants are Offshore Domestic Group, LLC, and William M. Kallop.

2. This case is set for Settlement Conference on **April 16, 2019**.

3. This is to inform the Court and all parties that defendant William M. Kallop died on **March 24, 2019**.

Respectfully submitted:

**HANSZEN✦LAPORTE**

By: _____/s/ Anthony L. Laporte_____
**ANTHONY L. LAPORTE – "TRIAL ATTORNEY"**
Texas State Bar No. 00787876
alaporte@hanszenlaporte.com
14201 Memorial Drive
Houston, Texas 77079
Telephone: 713-522-9444
Fax: 713-524-2580

*~AND~*

**SIDNEY A. COTLAR, APLC**

By: _____/s/ Sidney A. Cotlar_____
SIDNEY A. COTLAR
(Bar No 04430)
scotlar@bellsouth.net
4532 Transcontinental Drive
Metairie, LA 70006
Telephone: 504-779-5427
Fax: 504-779-5427
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on ____3-26____, 2019, the foregoing was electronically filed using the Court's CM/ECF filing system, which will provide notice and a copy of this document to the following if a registered ECF filer in the United States District Court for the Eastern District of Louisiana.

R. Joshua Koch, Jr.
jkoch@kochschmidt.com
Jennifer E. Barriere
jbarriere@kochschmidt.com
KOCH & SCHMIDT, L.L.C.
650 Poydras Street, Suite 2660
New Orleans, LA 70130
Tel:    504-208-9040
Fax:   504-208-9041


_____/s/ Anthony L. Laporte_____
**ANTHONY L. LAPORTE**