### IN THE UNITED STATES DISTRICT FOR THE
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KOCH AND SCHMIDT, L.L.C., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | NO. 2:18-CV-07963 |
| | § | |
| OFFSHORE DOMESTIC GROUP, | § | SECTION: "A" (4) |
| LLC, and WILLIAM M. KALLOP | § | |
| *Defendants* | § | |

**MOTION TO RE-ENROLL ATTORNEY OF RECORD**

Defendants hereby respectfully move this Court to re-enroll Jeffrey L. Dorrell *pro hac vice* as an attorney of record in this case. Sidney A. Cotlar, the undersigned counsel of record is an active member in good standing of the bar of this Court and continues to agree to serve as the designated local counsel for Mr. Dorrell pursuant to Local Rule 83.2.5. A declaration of Jeffrey L Dorrell, and a Certificate of Good Standing from the United States District Court Southern District of Texas, is on file with this Court.

On February 28, 2019, (Dkt. 33) this Court entered an order that upon the enrollment of new counsel for defendants, Mr. Dorrell will be automatically withdrawn. Anthony Laporte was enrolled as new counsel for defendants on March 7, 2019. (Dkt. 35) It is presumed that Mr. Dorrell was automatically withdrawn that same date.

Since the Court's ruling of February 28, 2019, Mr. Dorrell's condition has greatly improved. While the cancer is still prevalent, the daily radiation and weekly

chemotherapy treatments have succeeded in eliminating the debilitating pain that prevented Mr. Dorrell from zealously representing the defendants.

Defendants request of this Court to re-enroll Jeffrey L Dorrell as co-counsel for defendants.  Anthony L. Laporte will retain designation as Trial Attorney.

Respectfully submitted:

**SIDNEY A. COTLAR, APLC**

By:  */s/ Sidney A. Cotlar*
SIDNEY A. COTLAR
(Bar No 04430)
scotlar@bellsouth.net
4532 Transcontinental Drive
Metairie, LA 70006
Telephone: (504) 779-5427
Fax: (504) 779-5427
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on _____03-27_____, 2019, the foregoing was electronically filed using the Court's CM/ECF filing system, which will provide notice and a copy of this document to the following if a registered ECF filer in the United States District Court for the Eastern District of Louisiana.

>R. Joshua Koch, Jr.
>jkoch@kochschmidt.com
>Jennifer E. Barriere
>jbarriere@kochschmidt.com
>KOCH & SCHMIDT, L.L.C.
>650 Poydras Street, Suite 2660
>New Orleans, LA 70130
>Tel:   504-208-9040
>Fax:   504-208-9041

                    /s/*Sidney A. Cotlar*
**SIDNEY A. COTLAR**