# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KOCH AND SCHMIDT, L.L.C.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **NO. 2:18-CV-07963** |
| | § | |
| **OFFSHORE DOMESTIC GROUP,** | § | **SECTION: "A" (4)** |
| **LLC, and WILLIAM M. KALLOP** | § | |
| *Defendants* | § | |

## DESIGNATION OF TRIAL ATTORNEY

1. Plaintiff is Koch and Schmidt, L.L.C.; defendants are Offshore Domestic Group, LLC, and William M. Kallop.

2. The only setting currently on the Court's docket is an **April 16, 2019,** Settlement Conference.

3. This is to confirm with the Court and all parties that defendants have designated Anthony L. Laporte as Trial Attorney for this case at bar.

Respectfully submitted:

**HANSZEN✦LAPORTE**

By: _____/s/ Anthony L. Laporte_____
**ANTHONY L. LAPORTE – "TA"**
Texas State Bar No. 00787876
alaporte@hanszenlaporte.com
14201 Memorial Drive
Houston, Texas 77079
Telephone: 713-522-9444
Fax: 713-524-2580

~AND~

**SIDNEY A. COTLAR, APLC**

By:  _____*/s/* Sidney A. Cotlar_____
SIDNEY A. COTLAR
(Bar No 04430)
scotlar@bellsouth.net
4532 Transcontinental Drive
Metairie, LA 70006
Telephone: 504-779-5427
Fax: 504-779-5427
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on ____03-27____, 2019, the foregoing was electronically filed using the Court's CM/ECF filing system, which will provide notice and a copy of this document to the following if a registered ECF filer in the United States District Court for the Eastern District of Louisiana.

    R. Joshua Koch, Jr.
    jkoch@kochschmidt.com
    Jennifer E. Barriere
    jbarriere@kochschmidt.com
    KOCH & SCHMIDT, L.L.C.
    650 Poydras Street, Suite 2660
    New Orleans, LA 70130
    Tel:    504-208-9040
    Fax:   504-208-9041

_____/s/ Anthony L. Laporte_____
**ANTHONY L. LAPORTE**

*Koch & Schmidt v. Offshore Domestic*
   Designation of Trial Attorney

2