MINUTE ENTRY
ZAINEY, J.
MAY 14, 2019
JS10:  0:06

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KOCH & SCHMIDT, LLC | CIVIL ACTION |
| VERSUS | NO: 18-7963 |
| OFFSHORE DOMESTIC GROUP, LLC, et al | SECTION: "A" |

<u>SETTLEMENT</u>

Court Reporter: Sandra Minutillo
Case Manager: James Crull
Law Clerk: Jeannette Delise

APPEARANCES:   Robert Koch, Jr., Counsel for plaintiff;
Brent Kallop, Corporate representative for defendant;
Jeffrey Dorrell, Counsel for defendants

Counsel and the corporate representatives met in chambers for a principal's settlement conference beginning at 10:00 a.m.
Case called 11:54 p.m.
The Court was informed that the case has settled.  A confidential settlement agreement was placed on the record.
An order of dismissal will issue.
**IT IS ORDERED** that any transcript of this hearing is **SEALED**.
Court adjourned 11:57 a.m.