UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KOCH & SCHMIDT, LLC                                         CIVIL ACTION

VERSUS                                                      NO: 18-7963

OFFSHORE DOMESTIC GROUP, LLC                                SECTION: "A"

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 14th day of May 2019.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE